FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA   2021 JUN -1  AM 11: 52

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

| | |
|---|---|
| EDGAR COUNTY WATCHDOGS, INC, KIRK ALEN, JOHN KRAFT, AND ALYSSIA BENFORD,  Plaintiffs, | ) ) ) ) CASE NO. 5:21. cv-302-JSM-PRL |
| V. | ) ) |
| BONNIE KUROWSKI, IL REPORTER, LLC, A FLORIDA LLC, FIGHT FOR IL, INC. A FLORIDA NOT-FOR-PROFIT CORPORATION, AND ERIK PHELPS  Defendants | ) ) ) JURY TRIAL DEMANDED ) ) ) ) |

## MOTION FOR SPECIAL ADMISSION

NOW COMES, Robert T. Hanlon, with his Motion for Special Admission to Practice

before the United States District Court for the middle District of Florida pursuant to Local Rule

2.01(c), and in support of said motion states as follows:

1)       Local Rule 2.01(c) allows a non-resident attorney to petition this court for Special

Admission.

2)   In particular Local Rule 2.01(c) provides as follows:

(c) SPECIAL ADMISSION OF A NON-RESIDENT LAWYER. A lawyer can
move for special admission in an action in the Middle District if the lawyer:

(1) is not a Florida resident and is not a member in good standing of The Florida
Bar,

(2) is a member in good standing of the bar of a United States district court,

(3) has not abused the privilege of special admission by maintaining a regular
practice of law in Florida,

(4) lists each case in state or federal court in Florida in which the lawyer has
initially appeared in the last thirty-six months, and

(5) satisfies the requirements for obtaining and maintaining general admission,
except the requirements of membership in the Florida Bar, submission of an
application, and payment of a periodic fee.

3)      Petitioner, Robert T. Hanlon, is not a resident of Florida and not a member of the Florida Bar.  See Declaration of Robert T. Hanlon, attached hereto and incorporated herein.

4)      Petitioner, Robert T. Hanlon, is an Illinois Attorney in good standing in the Bar of the United States District Court for the Northern District of Illinois.

5)      Attached hereto as Exhibit A is a copy of a Certificate of Good Standing from the United States District Court for the Northern District of Illinois. See Declaration of Robert T. Hanlon, attached hereto and incorporated herein.

6)      Petitioner, Robert T. Hanlon, has not abused the privilege of special admission and does not maintain a regular practice of law in Florida.  See Declaration of Robert T. Hanlon, attached hereto and incorporated herein.

7)      Attorney Hanlon has never appeared in either Florida State Court or any United States District Court in the State of Florida in the last thirty-six months.  See Declaration of Robert T. Hanlon, attached hereto and incorporated herein.

8)      Attorney Hanlon satisfies the requirements for obtaining and maintaining general admission, except the requirements of membership in the Florida Bar.

9)      Attached hereto and incorporated herein is a copy of the application for admission and payment of a periodic fee of $150.00.

10)     Petitioner, Robert T. Hanlon, has read and is familiar with the Local Rules of this court and the Rules Regulating the Florida Bar.

11)     Petitioner, Robert T. Hanlon, understands that his practice before this court is governed by the Local Rules and the Rules Regulating the Florida Bar.

12)     Attached hereto as Exhibit B is a copy of the complaint to be filed with this Court.

13)   Exhibits to this motion include:

    a.   Certificate of Good Standing from the Northern District of Illinois;

    b.   Copy of the Complaint to be filed before this court;

    c.    Declaration of Robert T. Hanlon

    d.   Civil Cover sheet

    e.   Copy of fee payment

Wherefore, Petitioner, Robert T. Hanlon, Prays that this honorable Court grant him leave to appear by way of Special Admission as a non-resident lawyer in a diversity action to be conducted in the Middle District of Florida entitled Edgar County Watchdogs, Inc., et al v bonnie Kurowski, et al.  as initially drafted in the form of the attached complaint.

Respectfully submitted,

Robert T. Hanlon

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

IN RE THE SPECIAL ADMISSION          )
OF ROBERT T. HANLON                  )      SS.
                                     )

## DECLARATION OF ROBERT T. HANLON

1. I am an attorney admitted to practice before the United States District Court for the Northern District of Illinois.
2. I am in good standing as a member of the United States District Court Bar for the Northern District of Illinois
3. I do not maintain an office in the State of Florida
4. I have not appeared in a special admission or "Pro Hac Vice" in any other case in the state of Florida.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Robert T. Hanlon

# CERTIFICATE OF GOOD STANDING



*United States of America*

} **ss.** Robert Thomas Hanlon

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Robert Thomas Hanlon was duly admitted to practice in said Court on (01/12/2006) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/19/2021 )

Thomas G. Bruton , Clerk,

By:  Alma Marrero
     Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ALMA MARRERO
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
May 19, 2021

Ex A