IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| EDGAR COUNTY WATCHDOGS, INC, ) <br> KIRK ALLEN, JOHN KRAFT AND ) <br> ALYSSIA BENFORD, ) <br>                      Plaintiffs, ) <br> V. ) <br> ) <br> BONNIE KUROWSKI, IL REPORTER, ) <br> LLC, A FLORIDA LLC, FIGHT FOR IL, ) <br> INC., A FLORIDA NOT-FOR-PROFIT ) <br> CORPORATION, AND ERIK PHELPS, ) <br>                      Defendants ) | CASE NO.5:21-CV-302-JSM-PRL <br><br> JURY TRIAL DEMANDED |

## **STATUS REPORT ON SERVICE OF PROCESS**

NOW COME Plaintiffs, EDGAR COUNTY WATCHDOGS, INC., KIRK ALLEN, JOHN KRAFT and ALYSSIA BENFORD, by and through their attorney, Robert T. Hanlon of The LAW OFFICES OF ROBERT T. HANLON & ASSOCIATES, P.C., with their status report on service on Defendants, BONNIE KUROWSKI, IL REPORTER, LLC, a Florida LLC, FIGHT FOR IL, INC., a Florida Not-for-Profit Corporation, and ERIK PHELPS (hereinafter collectively "Defendants") and state as follows:

      1)     At least five attempts at service have taken place from a private certified process server and at least three attempts at service have been made by the Sheriff of Lake County, Florida for at least eight attempts at service.

      2)     Entity defendants, IL Reporter, LLC, and Fight or IL, Inc. maintain a business address of 3033 Santa Maria Ave. in Clermont, FL 34711 with the Department of State, Division of Corporations. Each natural person defendant maintains as his or her residence at the same address of 3033 Santa Maria Ave. in Clermont, FL 34711.

      3)     Amongst the service returns demonstrate the following:

    a. On June 25, 2021 at 1:26pm the property located at 3033 Santa Maria Ave. in Clermont, FL 34711 had no vehicles and no contact, lights, sounds or movements along with a note posted indicating "House is vacant and under renovation. Vendors to use keypad to gain entry".

    b. Later the same day On June 25, 2021 service was attempted with lights on upstairs and two vehicles in driveway.

    c. On June 28, 2021 service was again attempted. At that time dogs were barking from inside. When server arrived upstairs blinds were open, when server left he observed the blinds had been closed. Same two vehicles were in the driveway along with a motorcycle.

4) In addition to service attempts by the private process server, plaintiff commissioned the Lake County Sheriff with the task of serving the defendants.

5) The attempts by the Sheriff for service had similar evasion results.

6) Plaintiffs have taken steps to serve the Florida Department of State, Division of Corporations as to the two named entities.

7) The service returns clearly indicate the Defendants are evading service of process.

8) It is clear that defendants have knowledge of the lawsuit as Bonnie Kurowski has posted on social media statements indicating that if she avoids process long enough this action will be dismissed.

9) Plaintiff intends to serve Defendants, Kurowski and Phelps by publication in accord with Rule 1.070(e), Florida Rules of Civil Procedure, and by section 49.041, Florida Statutes (2007) because the Defendants have concealed themselves so that process cannot be personally served.

10) Kurowski uses an e-mail address known to Plaintiffs' counsel, as Defendant filed a request for an investigation into Plaintiff's counsel with the Illinois Attorney Registration and Disciplinary Committee, alleging unlawful practice of law in connection with plaintiffs' counsel's appearance before this court and steps taken in advance of the filing of this case.

11) Plaintiffs have sent to the State of Florida, Department of State, Division of Corporations a letter, Summons, Complaint and two acceptance letters for service on the entities named as defendants in this case.

Wherefore, the status on service to each of the defendants is that Plaintiffs are seeking alternative and constructive means of service at this time.

Respectfully submitted,

EDGAR COUNTY WATCHDOGS, ALLEN KIRK, JOHN KRAFT, and ALYSSIA BENFORD, Plaintiffs

By: */s/ Robert T. Hanlon*
Robert T. Hanlon, Pro Hac Vice

Robert T. Hanlon, Attorney for Plaintiffs
Law Offices of Robert T. Hanlon & Associates, P.C.
131 East Calhoun Street
Woodstock, IL  60098
(815) 206-2200
robert@robhanlonlaw.com