UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EDGAR COUNTY
WATCHDOGS, INC, KIRK
ALEN, JOHN KRAFT and
ALYSSIA BENFORD,

      Plaintiffs,

v.                                Case No: 5:21-cv-302-PGB-PRL

BONNIE KUROWSKI,
ILREPORTER, LLC, FIGHT FOR
IL, INC and ERIK PHELPS,

      Defendants.
_____/

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Plaintiffs have failed to comply with the Court's Order of October 25, 2021 directing counsel to file a Notice of Pendency and to file a Certificate of Interested Persons and Corporate Disclosure Statement. Therefore, it is

**ORDERED** that Plaintiffs shall **SHOW CAUSE** and file their response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal without prejudice or other appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on December 1, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record