UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**EDGAR COUNTY WATCHDOGS, INC, KIRK ALEN, JOHN KRAFT and ALYSSIA BENFORD,**

        **Plaintiffs,**

v.                                 Case No: 5:21-cv-302-PGB-PRL

**BONNIE KUROWSKI, ILREPORTER, LLC, FIGHT FOR IL, INC and ERIK PHELPS,**

        **Defendants.**
_____/

**ORDER**

    This cause is before the Court on the Case Management Report filed by the parties (Doc. 34). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer and advise the Court on the selection of a mediator within fourteen (14) days from the date of this Order.

    **DONE AND ORDERED** in Orlando, Florida on December 29, 2021.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record