UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EDGAR COUNTY WATCHDOGS,
INC, KIRK ALEN, JOHN KRAFT and
ALYSSIA BENFORD,

    Plaintiffs,

v.                                                        Case No: 5:21-cv-302-PGB-PRL

BONNIE KUROWSKI,

    Defendant.

## ORDER

This case is before the Court for consideration of Defendant Bonnie Kurowski's motion to compel responses to discovery requests. (Doc. 53). Defendant recites that, despite repeated attempts by her counsel to correspond regarding overdue discovery requests, Plaintiffs Edgar County Watchdogs, Inc. and Alyssia Benford have not responded to Defendant's interrogatories and requests for production that were served on June 24, 2022, and due on or about July 25, 2022. Likewise, Plaintiff Kirk Allen has not responded to Defendant's requests for production that were served and due within the same timeframe, despite responding to interrogatories.

Defendant has now moved for entry of an order compelling the outstanding discovery and an award of costs and attorney's fees. (Doc. 53). The Plaintiffs have failed to respond to the motion, and the time for responding has expired.

Accordingly, upon due consideration, Defendant's motion to compel discovery (Doc. 53) is GRANTED. Within 14 days of the date of this Order, Plaintiff Allen shall respond to Defendant's requests for production and Plaintiffs Benford and Edgar County Watch Dogs,

- 2 -

Inc., shall respond to Defendant's requests for production and interrogatories. Also, by written response filed within 14 days of the date of this Order, Plaintiff shall show cause why costs and attorney's fees should not be awarded under Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure.

      **DONE** and **ORDERED** in Ocala, Florida on October 3, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties