UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EDGAR COUNTY WATCHDOGS,
INC, KIRK ALEN, JOHN KRAFT and
ALYSSIA BENFORD,

    Plaintiffs,

v.                                Case No: 5:21-cv-302-PGB-PRL

BONNIE KUROWSKI,

    Defendant.

## ORDER

This case is before the Court for consideration of Defendant Bonnie Kurowski's second motion to compel production of documents. (Doc. 60). Defendant recites that, following the Court's entry of an Order to compel (Doc. 54), Plaintiffs Edgar County Watchdogs, Inc., Kirk Allen, and Alyssia Benford responded to her prior discovery requests by producing an "undifferentiated document dump totaling 1,751 pages" plus Defendant's deposition transcript and stating that all documents were responsive to every request. (Doc. 60 at 3). Defendant contends that this "document dump" is unacceptable and insufficient, and requests that Plaintiffs be required to revise their responses to identify the specific Bates numbered documents that correspond to each of the individual requests. Defendant also requests that she be awarded the expenses incurred in making the motion to compel.

Plaintiffs have failed to respond to Defendant's motion to compel and the time for responding has expired. The Court observes that this is the second time that Defendant has had to resort to filing a motion to compel due to the unresponsiveness of Plaintiffs' counsel.

(Docs. 53 & 54). It is also the second time that Plaintiffs have filed no response to a motion to compel filed by Defendant.

Meanwhile, Defendant has filed a second motion to modify the Case Management and Scheduling Order as to the discovery and dispositive motion deadlines. (Doc. 61). Defendant recites that Plaintiff's failure to adequately comply with discovery obligations necessitates an extension of these deadlines. Defendant further states that counsel's repeated efforts to confer with Plaintiffs' counsel about the deadlines as required by Local Rule 3.01(g) have met with no response. (Docs. 61 & 62).

Accordingly, upon due consideration, it is ordered that:

(1) Defendant's motion to compel discovery (Doc. 60) is **GRANTED**. Within 14 days of the date of this Order, Plaintiffs Kirk Allen, Alyssia Benford, and Edgar County Watch Dogs, Inc., shall revise and serve upon Defendant their responses to Defendant's requests for productions to identify the specific Bates numbers of documents that are responsive to each request.

(2) Because Plaintiffs Kirk Allen, Alyssia Benford, and Edgar County Watch Dogs, Inc., have not demonstrated that the failure to adequately respond to the discovery requests was substantially justified or demonstrated that other circumstances would make an award of expenses unjust under Rule 37(a)(5)(A), Defendant's request for reasonable expenses, including attorney's fees (Doc. 60) incurred in making the motion is due to be **GRANTED**.

(3) Within 14 days of the entry date of this Order, Defendant is directed to file an affidavit supporting its motion for reasonable expenses, including attorney's fees,

incurred in making the motion. Plaintiffs shall then have 7 days from the date that Defendant's affidavit is filed to file any objections to the expenses and fees sought.

(4) Alternatively, within that same time frame, the parties may file a written notice stating that they have agreed upon an amount for an award of reasonable expenses under Rule (a)(5)(A), including attorney's fees incurred in making the motion.

(5) Defendant's motion to extend the discovery and dispositive motion deadline (Doc. 61) is **GRANTED**. The discovery deadline is extended until December 31, 2022, and the dispositive motion deadline is extended until January 31, 2023. In all other respects, the deadlines contained in the Case Management and Scheduling Order (Doc. 37) shall remain undisturbed.

**DONE** and **ORDERED** in Ocala, Florida on November 28, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties